UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:24-CR-110-PPS-JEM |
| ) | |
| LINDEN URBANO, ) | |
| ) | |
| Defendant. ) | |

### ORDER

This matter is before me on the findings and recommendation of Magistrate Judge John E. Martin relating to Defendant Linden Urbano's plea of guilty to his three-count indictment, pursuant to Rule 11 of the Federal Rules of Criminal Procedure. [DE 29.] Following a hearing on the record on January 27, 2026, [DE 32] Judge Martin found that Defendant understands the charges, his rights, and the maximum penalties; that Defendant is competent to plead guilty; that there is a factual basis for Defendant's plea; and that the Defendant knowingly and voluntarily wishes to enter a plea of guilty to the charges. Judge Martin recommends that the Court accept Defendant's plea of guilty and proceed to impose sentence. Neither party has filed a timely objection to Judge Martin's findings and recommendation.

ACCORDINGLY:

Having reviewed Judge Martin's findings and recommendation concerning Defendant Linden Urbano's plea of guilty, to which no objection has been filed, the Court hereby ADOPTS the report and recommendation [DE 32] in its entirety.

Defendant Linden Urbano is adjudged GUILTY of Count 1, Production of Child Pornography in violation 18 U.S.C. § 2251(a) and (e), Count 2, Attempted Production of Child Pornography in violation of 18 U.S.C. § 2251(a) and (e), and Count 3, Receipt of Child Pornography in violation of 18 U.S.C. § 2252A(a)(2)(A) and (b)(1). The sentencing hearing is set for **May 14, 2026, at 1:00 p.m. Hammond/Central time.**

SO ORDERED.

ENTERED: February 11, 2026.

                                     /s/ Philip P. Simon  
                                     UNITED STATES DISTRICT JUDGE