**EXHIBIT A**
**Offense Level Computation without the imposition of**
**U.S.S.G § 2G2.1(b)(2)(A) and U.S.S.G. § 4B1.5(B)(1)**

**Count Group 1: Count 1: Production of Child Pornography,**
**Count 3: Receipt of Child Pornography,**
**Stipulated Offense 2: Receipt of Child Pornography**

| | |
|---|---|
| **Base Offense Level:** The guideline for a violation of 18 U.S.C. § 2251(a) is U.S.S.G § 2G2.1. | **32** |
| **Specific Offense Characteristics:** Use of a computer (U.S.S.G. § 2G2.1(b)(6)(B)(i)). | **+2** |
| **Adjustment for Obstruction of Justice:** Risk of injury/death by flight (U.S.S.G. § 3C1.2.). | **+2** |
| **Adjusted Offense Level (Subtotal):** | **36** |

**Count 2: Attempted Production of Child Pornography**

| | |
|---|---|
| **Base Offense Level:** The guideline for a violation of 18 U.S.C. § 2251(a) is USSG § 2G2.1. | **32** |
| **Specific Offense Characteristics:** Use of a computer (U.S.S.G. § 2G2.1(b)(6)(B)(i)). | **+2** |
| **Adjusted Offense Level (Subtotal):** | **34** |

**Stipulated Offense 1: Production of Child Pornography**

| | |
|---|---|
| **Base Offense Level:** The guideline for a violation of 18 U.S.C. § 2251(a) is USSG §2G2.1. | **32** |
| **Specific Offense Characteristics:** Knowing distribution (U.S.S.G § 2G2.1(b)(3)). | **+2** |
| **Specific Offense Characteristics:** Use of a computer (U.S.S.G. § 2G2.1(b)(6)(B)(i)). | **+2** |
| **Adjusted Offense Level (Subtotal):** | **36** |

---

| | |
|---|---|
| **Greater of the Adjusted Offense Levels Above:** | **36** |
| **Offense Level Increase:** U.S.S.G. § 3D1.1(b)(2) adjustment for three counts listed in U.S.S.G. § 3D1.1(b)(1). | **+3** |
| **Combined Adjusted Offense Level:** U.S.S.G. § 3D1.1(d). | **39** |
| **Acceptance of Responsibility:** U.S.S.G §§ 3E1.1(a) and (b) | **-3** |
| **Total Offense Level:** | **36** |